ROBERT WATSON *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Watson's petition for certification for appeal from the Appellate Court, 111 Conn. App. 160 (AC 28664), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided December 16, 2008